FILED IN OPEN COURT
9-29-2021
CLERK. U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

Case No. 3:21-cr-104-MMH-PDB
8 U.S.C. § 1326(a) & (b)(1)

NOE VICENTE-BARRERA

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about December 19, 2020, in Duval County, in the Middle District of Florida, the defendant,

NOE VICENTE-BARRERA,

a citizen of Guatemala and an alien in the United States, was found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported and removed from the United States on or about September 19, 2014, and on or about February 4, 2020.

In violation of Title 8, United States Code, Section 1326(a) and (b)(1).

KARIN HOPPMANN
Acting United States Attorney

By: _____
ARNOLD B. CORSMEIER
Assistant United States Attorney

By: _____
FRANK TALBOT
Assistant United States Attorney
Chief, Jacksonville Division